371 A.2d 517

Greenip et ux. v. Dice et al., Appellants.

 Submitted September 20, 1976. Robert H. Holland, and Kolb, Holland, Antonelli & Heffner, for appellants; Gus Milides and William E. Doyle, for appellees.

Judgment affirmed.